BYRON F. HARTT, Respondent, v. SAM MAZZA, Appellant. MINNIE A. HARTT, Respondent, v. SAM MAZZA, Appellant. ULYSSES S. MORGAN, Respondent, v. SAM MAZZA, Appellant. ANNA A. MORGAN, Respondent, v. SAM MAZZA, Appellant.— Orders setting aside verdicts reversed, on the law and facts, with costs in one action, and verdicts reinstated, upon the ground that under the testimony

and the charge of the court the jury were justified in finding neither driver guilty of negligence. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.